UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                E.D. Mich. No. 05-CR-80294

vs.

                                                HON. GERALD E. ROSEN

MICHAEL J. BRAZIL, D.O.,

       Defendant.

_____/

## ORDER FOR DELAYED SURRENDER DATE FOR SERVICE OF SENTENCE

IT IS ORDERED THAT the date for Defendant Michael Brazil to report for service of the custodial portion of his sentence is hereby extended to Monday, May 15, 2006.  During the period prior to this reporting date, Defendant Brazil is hereby ordered to make an initial restitution payment of $3,750.00 forthwith and a monthly restitution payment of $750.00 on the first day of each month until he is incarcerated.  IT IS FURTHER ORDERED THAT if Defendant Brazil fails to make any one of these restitution payments, Defendant Brazil shall be required to report to serve the custodial portion of his sentence within seven days of his failure to make such a restitution payment.

       IT IS SO ORDERED.

                                          s/Gerald E. Rosen
                                          Gerald E. Rosen
                                          United States District Judge

Dated:  March 16, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2006, by electronic and/or ordinary mail.

                                           s/LaShawn R. Saulsberry
                                           Case Manager